IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STACY MELISSA ADKINS                                                                      PLAINTIFF

v.                                      No. 2:16-CV-02164

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                                              DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 15) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the denial of benefits to Plaintiff should be reversed and the matter remanded to the Social Security Administration for further consideration, pursuant to sentence four of 42 U.S.C. § 405(g). After careful review, the Court finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the decision of the Commissioner of the Social Security Administration to deny benefits to Plaintiff is REVERSED and this matter is REMANDED for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that on remand the Administrative Law Judge follow the steps outlined in the conclusion of the Magistrate's report and recommendation.

Judgment will entered accordingly.

IT IS SO ORDERED this 7th day of August, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE